IN THE
TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Muldrow, Johnny § 
    (Petitioner) §
§
v. §    Cause No. Abel Acosta, Clerk
§
THE STATE OF TEXAS §
    (Respondent) §
§

FILED IN
COURT OF CRIMINAL APPEALS

**PETITIONER'S FIRST REQUEST FOR EXTENDED TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW AND
REQUEST TO SUSPEND T.R.A.P. RULE 9.3(b)**

OCT 08 2015

Abel Acosta, Clerk

TO THE HONORABLE JUSTICE(S) OF SAID COURT:

    COMES NOW, **Johnny Muldrow**, Petitioner, proceeding pro se and indigent in the above-styled and numbered cause, and respectfully asks this Honorable Court to extend the filing deadline date for an additional (60) days, thus allowing Petitioner to prepare and present a meaningful Petition for Discretionary Review. In addition, Petitioner requests that due to his INDIGENT status, that T.R.A.P. Rule 9.3(b) be suspended pursuant to T.R.A.P. Rule 2, allowing Petitioner to file ONLY the original Petition for Discretionary Review instead of the required (11) copies, as required by Rule 9.3(b)(1).

    In support thereof, Petitioner would show the Court the following:

1. Petitioner was indigent during trial as well as during his appellate proceedings and continues to be indigent.

2. Petitioner submits that he does NOT have the legal skills capable to handle this proceeding and requires assistance from a fellow inmate due to the complexity of the issues involved with the case.

3. Petitioner is NOT requesting additional time to file his PDR to harass Respondent nor delay proceedings, but for the sole purpose of preparing and presenting a meaningful Petition for Discretionary Review.

4. This Court granted Petitioner the opportunity to file an Out-of-Time Petition for Discretionary review in a ruling dated September 23, 2015 in Cause No. WR-83,804-01, and mandated that Petitioner file his PDR within 30 days of the ruling.

    WHEREFORE, PREMISES CONSIDERED, Petitioner asks this Court to grant this motion, extending the filing deadline date for his Petition for Discretionary Review for an additional (60) days, or any additional time this Court deems appropriate. ADDITIONALLY, Petitioner asks that, due to his indigent status,

1

T.R.A.P. Rule 9.3(b) be suspended pursuant to T.R.A.P. Rule 2, allowing Petitioner to file ONLY the original of his Petition for Discretionary Review in this Court.

Executed this 29th day of September, 2015.

Respectfully submitted,

Johnny Muldrow - Petitioner
Pro Se Representation
TDCJ #1934318
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX   77705

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Request for Extended Time to File Petition for Discretionary Review and Request to Suspend T.R.A.P. Rule 9.3(b), was delivered to Respondent via U.S. Postal Service, postage prepaid, addressed to:

Gary D. Young, District Attorney
Lamar County Courthouse
119 North Main Street
Paris, TX   75460

Executed this 29th day of September, 2015.

Respectfully submitted,

Johnny Muldrow - Petitioner
Pro Se Representation
TDCJ #1934318
Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX   77705